AO 238
(REV. 8/83)

06-239 M-01

# United States District Court

FOR THE

37     04 MARYLAND

04-227M

UNITED STATES OF AMERICA

VS.

MINES, DONALD A

Defendant.

| Violation Notice Number(s) | | Violation Date(s) |
|---|---|---|
| S003027 | MD90 | 10/20/03 |

FTA
1/28/04

OFFENSE: DRIVE W/SUSPENDED L

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED
MAY 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _none_ may be Forfeited in Lieu of Appearance.

Date  1-28-04

_/s/ Beth P. Gesner_
United States Magistrate Judge

---

### RETURN

| RECEIVED | Date  5-24-06 | Location |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | Date  5-24-06 | Location |
|---|---|---|

Name  Sean McLeod     Title  SDUSM     District  Dist of Columbia
Date  5-24-06     Signature  _Sean McLeod_