# United States District Court
## Violation Notice

**06-239 M-01.**

Violation No: **S 003027**

Loc. Code: **MD9Ø**

Officer Name: **Bartley**
Officer No: **C5852**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **10-30-03 09:00 AM**
Offense Charged: **MTA 16-303(F)**
Place of Offense: **NIST (Gaithersburg) MD**

Offense Description: **Driving on Suspended out of State Lic.**

Defendant's Last Name: **Mines**
First Name: **Donald**
MI: **A**

### VEHICLE DESCRIPTION
Vehicle Tag State: **MD**
Year: **97**
Vehicle Make: **INTL**
Vehicle Color: **Pup Cab**

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

Collateral (Fine): For payment by credit card, SEE INSTRUCTIONS

Original - CVB Copy

---

**FILED**
MAY 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **10-30-03, 2003** while exercising my duties as a law enforcement officer in the **West** District of **MD**

While on post at east drive and Mulligan, watched your vehicle, a purple dump truck MD tag, driven by a Donald Mines, pull up to my checkpoint. I asked Mines for his drivers license and he handed me a OK card. A check through NCIC revealed that Mines driving privileges were suspended. I cited Mines for MTA 16-303(F) driving on suspended out of state lic and MTA 16-808(6) Driving commercial motor vehicle while lic/privilege suspended by any other state. A check through NCIC revealed no warrants and Mines was released at 0925.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10-30-03**
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date
U.S. Magistrate Judge

# United States District Court
## Violation Notice

06-239 M-01.

| Loc Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| MD9W | S 0030028 | Bayley | C5857 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 10-20-03 0400 | MTA 16 808(6) |

Place of Offense: NIST Gaithersburg, MD

Offense Description: Driving commercial motor veh. while lic./privilege suspended by any other State

| Defendant's Last Name | First Name | MI |
|---|---|---|
| Mines | Donald | A |

Street Address: —

VEHICLE DESCRIPTION

| Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|
| MD 97 | INTL | Purple |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW
AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: ___  Date: ___  Time: ___

Collateral (fine): ___

For payment by credit card, SEE INSTRUCTIONS

Original - CVB Copy

---

S 0030028

**FILED**

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on Oct 20, 20 03 while exercising my duties as a law enforcement officer in the NIST District of MD

while on post at east drive and Muddy Branch rd observed a purple dump truck MD Tag # ___ driven by a Donald Mines pull up to my check point. I asked Mines for his drivers license and he handed me a DC ID card. A check through NCIC revealed that Mines driving privileges were suspended, cited Mines for: MTA 16.303(E) driving on suspended out of state lic and MTA 16-806(6) Driving Commercial Motor veh while lic/privilege Suspended by any other state. A check through NCIC revealed no warrants and Mines was released at 0425.

The foregoing statement is based upon
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 10-20-03
　　　　　　　Date                    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on ___
　　　　　　Date                     U.S. Magistrate Judge